United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL POMPONIO,

    Plaintiff,

  v.

ZOHREH NOROUZI, et al.,

    Defendants.

Case No.  20-cv-07673-RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 15, 2021**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 22, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: February 1, 2021

_____
Richard Seeborg
Chief United States District Judge